**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES R. MARSHALL, | ) | CASE NO. 1:19CV02637 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT** |
| | ) | |
| | ) | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order,

the Commissioner's final decision is VACATED AND REMANDED for further proceedings

consistent with the Court's decision.

**IT IS SO ORDERED.**

 *s/Jonathan D. Greenberg*
 Jonathan D. Greenberg
 United States Magistrate Judge

Date: July 6, 2020

1